**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 19, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00372-CV

## IN RE DUANE GILMORE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-17200**

## MEMORANDUM OPINION

On May 9, 2016, relator Duane Gilmore filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Debra Mayfield, presiding judge of the 165th District Court of Harris County, to vacate her May 5, 2016 order striking relator's plea in intervention.

On May 13, 2016, relator filed a motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed. Relator's motion for emergency temporary relief is denied as moot.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.